IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JEREMY KEE,<br><br>Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK et al.,<br><br>Defendants. | ORDER<br><br>Case No. 2:06-CV-00602-CW<br><br>Judge Clark Waddoups |

On November 16, 2009, the court granted final judgment in favor of Defendant Fifth Third Bank ("Bank"). Subsequently, the court entered an order to show cause why Plaintiff Jeremy Kee should not be held in contempt for violating an order. The court then referred this matter to United States Magistrate Paul M. Warner under 28 U.S.C. § 636(b)(1)(B). On August 5, 2010, Judge Warner issued a Report and Recommendation, recommending that the "matter not be certified for further contempt proceedings against Plaintiff."[1] Judge Warner further recommended, however, that "Plaintiff be required to obtain prior approval from the court for any and all future lawsuits he wishes to file against the Bank or its employees, agents, and counsel."[2] Plaintiff filed no objection to the Report and Recommendation. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Warner's Report and Recommendation in its entirety. This case is now closed, with each party to bear its own costs.

---

[1] Report and Recommendation, at 6 (Docket No. 193).

[2] *Id.*

SO ORDERED this 25th day of August, 2010.

BY THE COURT:

Clark Waddoups
United States District Judge